Ernest Crosby, Beneficiary of Octavia Crosby, Deceased, Appellee, v. Jackson Funeral System Association, Appellant.

Gen. No. 41,592.

opinion filed April 15, 1941. Harris B. Gaines, for appellant; no appearance for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."

Edward J. Griffin, Appellee, v. Hertz Drivurself Stations, Inc., and Birck-Fellinger Corporation, Appellants.

Gen. No. 41,626.

opinion filed April 15, 1941. Abraham Lepine, for appellants; W. W. Hoover, for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."